## REQUEST FOR COURT ACTION / DIRECTION

**08CRIM 672**

TO:  James Molinelli
     Clerk's Office-5th Floor

OFFENSE: Forging and Possessing a Fraudulent Immigration Document, a Violation of 18 Usc 1546(a) and 18 USC, Class C Felony.

ORIGINAL Sentence: Time Served, to Be Followed by Two (2) Years Supervised Release.

FROM: Yvonne Rivera
      U.S. Probation Officer

SPEC. CONDITIONS: the Defendant Shall Participate in a Substance Abuse Program and Follow the Probation Officer's Instructions Regarding the Implementation of this Court Directive Further, the Defendant Shall Contribute to the Cost of These Services Not to Exceed an Amount Determines Reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Service. During and upon Completion of the Program, the Defendant Is Directed to Submit to Random Drug Testing, the Defendant Shall Perform 50 Hours of Community Services as a Condition of Supervision in Lieu of Paying a Fine. The Defendant Shall Cooperate in the Collection of DNA, as Directed by the Probation Officer.

AUSA: To be determined
DEF. ATTORNEY: To be determined
MED: July 30, 2008

RE:  Erick Salvador Sanchez-Volquez
     Docket #: 6:06-CR-20-ORL-19DAB

DATE OF SENTENCE:  July 31, 2006

DATE:  July 10, 2008

ATTACHMENTS:  PSI X   JUDGMENT X

REQUEST FOR:  COURT DIRECTION   X

---

## REQUEST FOR ACCEPTANCE OF JURISDICTION

On July 31, 2006 the above-mentioned individual was sentenced as outlined above in the Middle District of Florida, by the Honorable, Patricia C. Fawsett, Chief U.S. District Judge.

On July 17, 2008, we received a letter from the Middle District of Florida,, advising that the Honorable Patricia C. Fawsett, Chief U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Sanchez-Volquez's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York.

Enclosed are two (2) Transfer of Jurisdiction Probation Form 22. Upon completion, please return both Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Yvonne Rivera
U.S. Probation Officer
212-805-5192

Approved By: _____   7/22/08
Avriel George                        Date:
Supervising U.S. Probation Officer