AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**Erick Salvador Sanchez-Volquez** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  **1:08 Cr. 00672(AKH)**<br>USM No.  **26134-018**<br><br>_____**Martin Cohen/ AUSA, Rebecca Rohr**_____<br>Defendant's Attorney |

**THE DEFENDANT:**

x  admitted guilt to violation of condition(s)  __**1,2,3,5**__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The releasee left the judicial district without the permission of the court or probation officer | 6/6/08 |
| 2 | The releasee failed to truthfully answer inquiries of the probation officer. | 6/6/08 |
| 3 | The releasee failed to follow the instructions of the probation officer. | 6/11/08 |
| 5 | The releasee failed to report to the U.S. Probation Officer as directed | 6/6/08 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  **0265** | _____**7/29/08**_____<br>Date of Imposition of Judgment<br><br>_[signature]_<br>Signature of Judge |
| Defendant's Year of Birth:  **1969** | |
| City and State of Defendant's Residence:<br>**Bronx, NY** | _____**Hon. Alvin K. Hellerstein, U.S. District Judge**_____<br>Name and Title of Judge<br><br>**7/30/08**<br>Date |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
       Sheet 3 — Supervised Release

Judgment—Page __2__ of __3__

DEFENDANT:    **Erick Salvador Sanchez-Volquez**
CASE NUMBER:  **1: 08 Cr. 00672(AKH)**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    3 years , the 2 years from the defendant's original sentence plus an additional year.

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- x  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if
- x  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defondant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

    (Rev. 1207) Judgment in a Criminal Case for Revocations
    Sheet 3A — Supervised Release

Judgment—Page  3  of  3

DEFENDANT: **Erick Salvador Sanchez-Volquez**
CASE NUMBER: **1:06 Cr. 00672 (AKH)**

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall perform 50 hours of community service as a condition of supervision in lieu of paying a fine.

3. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.